Filed Via Mail
OCT 13 2017
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
1 Page Scanned by DV

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

In re:
Collie Francis & Karen Francis

Case No. 8:16-bk-03180-CED
Chapter 13

_____Debtor(s)_____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐    CREDITOR: ✔

Please print the following information:

NAME: Partners for Payment Relief DE II, LLC

OLD MAILING ADDRESS: 3748 West Chester Pike, Suite 103
Newtown Square, PA 19073

NEW MAILING ADDRESS: 920 Cassatt Road, Suite 210
Berwyn, PA 19312

DATED: 10/6/17

Signature of Debtor or Creditor

Signature of Joint Debtor (if applicable)

PHONE NUMBER: 888-879-4997

**All future notices shall be sent to the new mailing address**

(6/1/11)